UNITED STATES BANKRUPTCY COURT
FOR THE __EASTERN__ DISTRICT OF __TEXAS__

In re:                                     )    Chapter 11
                                           )
TEXAS PELLETS, INC.                        )    Case No. 16-__90126__
                                           )
      Debtor.                              )
                                           )

**LIST OF EQUITY SECURITY HOLDERS –
TEXAS PELLETS, INC.**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Texas Pellets, Inc. states that following is a list of its equity security holders of each class showing the number and kind of interests registered in the name of each holder and the last known address or place of business of each holder:

| **Name and Address of Holder** | **Number and Kind of Interest** |
|---|---|
| IPBG Pellets Beteiligungs GmbH<br>Börseplatz 4<br>Vienna 1010<br>Austria | 100% of common stock |

I declare under penalty of perjury that the foregoing information is true and correct.

April 28, 2016

_____
Anna-Kathrin Leibold
President and Chief Executive Officer

183397v.1