UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS PELLETS, INC., | § | Case No. 16-90126 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1 and to enable the judges to evaluate possible disqualification or recusal, the undersigned counsel for *Texas Pellets, Inc.* in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly owns one hundred percent (100%) of the equity interests of Texas Pellets, Inc.: **IPBG Pellets Beteiligungs GmbH.**

Dated: April 30, 2016.　　　　　　　　　Respectfully submitted,

　　/s/ W. Steven Bryant　　　　　　
W. Steven Bryant
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
2800 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 226-1489
Fax: (713) 229-2536
sbryant@lockelord.com

-and-

C. Davin Boldissar (La. #29094)
*(pro hac vice to be filed)*
Bradley C. Knapp (Tex. #24060101)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 681-5211
dboldissar@lockelord.com
bknapp@lockelord.com

**ATTORNEYS TEXAS PELLETS, INC. AND GERMAN PELLETS TEXAS, LLC**