| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Texas Pellets, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-90126** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Cummings Westlake, LLC**<br>**12837 Louetta Road, Suite 201**<br>**Cypress, TX 77429-5611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,571.25** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Luminate, LLC**<br>**1801 Broadway, Suite 1620**<br>**Denver, CO 80202-3843**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$287.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**MFC Commodities GmbH**<br>**Ronald L. Oran Jr. and Kip Brar**<br>**Strasburger & Price, LLP**<br>**909 Fannin Street, Suite 2300**<br>**Houston, TX 77010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,292,151.75** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**North American Procurement Co.**<br>**P.O. Box 2279**<br>**Woodville, TX 75979**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,243,494.23** |

| Debtor | Texas Pellets, Inc. | Case number (if known) | 16-90126 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.05 |
|---|---|---|---|
| | Texas Mutual Insurance Company<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,193,181.20 |
|---|---|---|---|
| | Wells Fargo Insurance Services<br>6100 Fairview Road, Suite 800<br>Charlotte, NC 28210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | Winstead PC<br>1201 Elm Street<br>Dallas, TX 75270-2199 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,765,685.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 10,765,685.48 |