| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | Texas Pellets, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 16-90126 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the Sale and Purchase of Biomass, as amended** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Drax Power Limited** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Logistics** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Port of Port Arthur**<br>**P.O. 1428, 221 Houston Ave.**<br>**Port Arthur, TX 22641** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Port of Port Arthur** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Easement Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Port of Port Arthur** |

Debtor 1 **Texas Pellets, Inc.**  
    First Name   Middle Name   Last Name

Case number *(if known)* **16-90126**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance**<br><br><br><br>**Travelers**<br>**1000 Windward Concourse**<br>**Alpharetta, GA 30005** |