**Monthly Operating Report**
ACCRUAL BASIS

| | |
|---|---|
| **CASE NAME:** | Texas Pellets, Inc. |
| **CASE NUMBER:** | 16-90126 |
| **JUDGE:** | Bill Parker |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN & EASTERN DISTRICTS OF TEXAS

# REGION 6

# MONTHLY OPERATING REPORT

**MONTH ENDING:**     May     2016
                                                                          MONTH       YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

*[signature: Bryan M. Gaston]*            Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY            TITLE

Bryan M. Gaston            July 2, 2016
PRINTED NAME OF RESPONSIBLE PARTY            DATE

**PREPARER:**

*[signature: Bryan M. Gaston]*            Chief Restructuring Officer
ORIGINAL SIGNATURE OF PREPARER            TITLE

Bryan M. Gaston            July 2, 2016
PRINTED NAME OF PREPARER            DATE

**Monthly Operating Report**
ACCRUAL BASIS-1

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

| COMPARATIVE BALANCE SHEET | | | | |
|---|---|---|---|---|
| | SCHEDULE AMOUNT | May | MONTH | MONTH |
| **ASSETS** | | | | |
| 1.  UNRESTRICTED CASH | $172 | $172 | | |
| 2.  RESTRICTED CASH [1] | $13,658,141 | $10,194,918 | | |
| 3.  TOTAL CASH | $13,658,313 | $10,195,090 | $0 | $0 |
| 4.  ACCOUNTS RECEIVABLE (NET) [1a] | $7,026,280 | $1,422,201 | | |
| 5.  INVENTORY | $0 | $0 | | |
| 6.  NOTES RECEIVABLE | $0 | $0 | | |
| 7.  PREPAID EXPENSES | $17,300,754 | $0 | | |
| 8.  OTHER (ATTACH LIST) | $0 | $0 | | |
| 9.  TOTAL CURRENT ASSETS | $37,985,347 | $11,617,291 | $0 | $0 |
| 10. PROPERTY, PLANT & EQUIPMENT | $209,259,127 | $176,733,254 | | |
| 11. LESS: ACCUMULATED DEPRECIATION/DEPLETION | $0 | $0 | | |
| 12. NET PROPERTY, PLANT & EQUIPMENT | $209,259,127 | $176,733,254 | $0 | $0 |
| 13. DUE FROM INSIDERS | $0 | $0 | | |
| 14. OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | $0 | $17,304,841 | | |
| 15. OTHER (ATTACH LIST) [1b] | $0 | $24,437,932 | | |
| 16. **TOTAL ASSETS** | $247,244,474 | $230,093,318 | $0 | $0 |
| **POSTPETITION LIABILITIES** | | | | |
| 17. ACCOUNTS PAYABLE | | $0 | | |
| 18. TAXES PAYABLE | | $0 | | |
| 19. NOTES PAYABLE | | $0 | | |
| 20. PROFESSIONAL FEES [1c] | | $0 | | |
| 21. SECURED DEBT | | $0 | | |
| 22. OTHER | | $0 | | |
| 23. TOTAL POSTPETITION LIABILITIES | | $0 | $0 | $0 |
| **PREPETITION LIABILITIES** | | | | |
| 24. SECURED DEBT [1d] | $189,510,697 | $184,675,000 | | |
| 25. PRIORITY DEBT | $0 | $0 | | |
| 26. UNSECURED DEBT [2] | $10,765,685 | $1,974,293 | $0 | |
| 27. OTHER [3] | $0 | $24,530,638 | | |
| 28. TOTAL PREPETITION LIABILITIES | $200,276,383 | $211,179,931 | $0 | $0 |
| 29. **TOTAL LIABILITIES** | $200,276,383 | $211,179,931 | $0 | $0 |
| **EQUITY** | | | | |
| 30. PREPETITION OWNERS' EQUITY | | $17,803,668.52 | | |
| 31. POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | $1,109,718 | | |
| 32. DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | $0 | | |
| 33. TOTAL EQUITY | | $18,913,387 | $0 | $0 |
| 34. **TOTAL LIABILITIES & OWNERS' EQUITY** | | $230,093,318 | $0 | $0 |

[1] $13.7 mil of restricted cash swept pre-petition on approx Mar 31 by bondholders who assert this is not an asset of the estate. The schedules presented this as property of the estate and will be amended.

[1a] Reduction resulting from collection of customer payment

[1b] Accounts receivable owed by GPTX, LLC (affiliate debtor case 16-90127)

[1c] Approximately $336,000 in debtor's professional fees incurred in May across both TPI and GPTX. These have not yet been posted to books and records nor allocated between debtors.

[1d] The Debtors did not historically accrue interest monthly. A manual adjustment for 3 months of interest was made to the company's books and records for schedule purposes. No similar adjustment was made for MOR purposes. An adjustment for accrued interest is expected to be made and accrued on a monthy basis going forward.

[2] $8.8 million reduction primarily due to a $7.3 million disputed claim by MFC that was not recorded on the Debtor's books and records but was included on the schedules. In addition, a payment of $1.2 million in pre-petition insurance liabilities was made pursuant to court order.

[3] Represents intercompany payables to GPTX and GmbH for $13.8 mil, a promissory note to GPTX for $6.8 mil, and other third party payables of $3.9 million.

**Monthly Operating Report**
ACCRUAL BASIS-2

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

| INCOME STATEMENT | May | MONTH | MONTH | MONTH |
|---|---:|---:|---:|---:|
| **REVENUES** | | | | |
| 1. GROSS REVENUES | $3,519,822 | | | |
| 2. LESS: RETURNS & DISCOUNTS | $0 | | | |
| 3. NET REVENUE | $3,519,822 | $0 | $0 | $0 |
| **COST OF GOODS SOLD** | | | | |
| 4. MATERIAL | $1,819,822 | | | |
| 5. DIRECT LABOR | $44,081 | | | |
| 6. DIRECT OVERHEAD | 0 | | | |
| 7. TOTAL COST OF GOODS SOLD | $1,863,903 | $0 | $0 | $0 |
| 8. GROSS PROFIT | $1,655,919 | $0 | $0 | $0 |
| **OPERATING EXPENSES** | | | | |
| 9. OFFICER / INSIDER COMPENSATION | $0 | | | |
| 10. SELLING & MARKETING | $0 | | | |
| 11. GENERAL & ADMINISTRATIVE | $21,687 | | | |
| 12. RENT & LEASE | $0 | | | |
| 13. OTHER (ATTACH LIST) | $0 | | | |
| 14. TOTAL OPERATING EXPENSES | $21,687 | $0 | $0 | $0 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $1,634,232 | $0 | $0 | $0 |
| **OTHER INCOME & EXPENSES** | | | | |
| 16. NON-OPERATING INCOME (ATTACH LIST) | ($1) | | | |
| 17. NON-OPERATING EXPENSE (ATTACH LIST) | $0 | | | |
| 18. INTEREST EXPENSE [1] | $0 | | | |
| 19. DEPRECIATION / DEPLETION [2] | $524,458 | | | |
| 20. AMORTIZATION | $0 | | | |
| 21. OTHER (ATTACH LIST) | $57 | | | |
| 22. NET OTHER INCOME & EXPENSES | $524,514 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 23. PROFESSIONAL FEES | $0 | | | |
| 24. U.S. TRUSTEE FEES | $0 | | | |
| 25. OTHER (ATTACH LIST) | $0 | | | |
| 26. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 27. INCOME TAX | $0 | | | |
| 28. NET PROFIT (LOSS) | $1,109,718 | $0 | $0 | $0 |

[1] See FN 1(d) page 1 Balance Sheet

[2] Non-cash depreciation and amortizaiton

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

| CASH RECEIPTS AND DISBURSEMENTS | May | MONTH | MONTH | QUARTER |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $12,187,614 | | | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | $0 | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITION | $5,851,000 | | | $5,851,000 |
| 4. POSTPETITION | $0 | | | $0 |
| 5. TOTAL OPERATING RECEIPTS | $5,851,000 | $0 | $0 | $5,851,000 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | $0 | | | $0 |
| 7. SALE OF ASSETS | $0 | | | $0 |
| 8. OTHER (ATTACH LIST) | $1 | | | $1 |
| 9. TOTAL NON-OPERATING RECEIPTS | $1 | $0 | $0 | $1 |
| 10. TOTAL RECEIPTS | $5,851,001 | $0 | $0 | $5,851,001 |
| 11. TOTAL CASH AVAILABLE | $18,038,615 | $0 | $0 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | $0 | | | $0 |
| 13. PAYROLL TAXES PAID | $0 | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | $0 | | | $0 |
| 15. SECURED / RENTAL / LEASES | $0 | | | $0 |
| 16. UTILITIES | $0 | | | $0 |
| 17. INSURANCE | 1,245,436 | | | $1,245,436 |
| 18. INVENTORY PURCHASES | $0 | | | $0 |
| 19. VEHICLE EXPENSES | $0 | | | $0 |
| 20. TRAVEL | $0 | | | $0 |
| 21. ENTERTAINMENT | $0 | | | $0 |
| 22. REPAIRS & MAINTENANCE | $0 | | | $0 |
| 23. SUPPLIES | $0 | | | $0 |
| 24. ADVERTISING | $0 | | | $0 |
| 25. OTHER [2] | 6,522,062.1 | | | $6,522,062 |
| 26. TOTAL OPERATING DISBURSEMENTS | $7,767,498 | $0 | $0 | $7,767,498 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | | | | $0 |
| 28. U.S. TRUSTEE FEES | $0 | | | $0 |
| 29. OTHER [3] | $76,027 | | | $76,027 |
| 30. TOTAL REORGANIZATION EXPENSES | $76,027 | $0 | $0 | $76,027 |
| 31. TOTAL DISBURSEMENTS | $7,843,525 | $0 | $0 | $7,843,525 |
| 32. NET CASH FLOW | ($1,992,524) | $0 | $0 | ($1,992,524) |
| 33. CASH - END OF MONTH | $10,195,090 | $0 | $0 | |

[1] Cash balances adjusted for transactions in UMB accounts that were unknown to the Debtor at time of filing and occurred prior to the filing date.
[2] Represents: $5.8 mil to GPTX LLC Debtor in Case 16-90127, $625,000.00 to NAPCO, $98,026 to Mid South, Noerr LLP for $21,842 and $90,000 to GmbH for Mgmt Fee
[3] Represents payments to E3 Consulting for $76,026

**Monthly Operating Report**
ACCRUAL BASIS-4

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | May | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0-30 | $0 | $0 | | |
| 2. 31-60 | $7,026,280 | $6,824,955 | | |
| 3. 61-90 | $22,066,634 | $3,088,742 | | |
| 4. 91+ | $0 | $2,453,556 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $29,092,915 | $12,367,254 | $0 | $0 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE [1] | $22,066,634 | $10,945,052 | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $7,026,280 | $1,422,201 | $0 | $0 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | MONTH: | May 2016 |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. FEDERAL | | | | | $0 |
| 2. STATE | | | | | $0 |
| 3. LOCAL | | | | | $0 |
| 4. OTHER (ATTACH LIST) | | | | | $0 |
| 5. TOTAL TAXES PAYABLE | $0 | $0 | $0 | $0 | $0 |
| 6. ACCOUNTS PAYABLE | $0 | | | | $0 |

| STATUS OF POSTPETITION TAXES | | | MONTH: | May 2016 |
|---|---|---|---|---|
| FEDERAL [1b] | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING | | | | $0 |
| 2. FICA-EMPLOYEE | | | | $0 |
| 3. FICA-EMPLOYER | | | | $0 |
| 4. UNEMPLOYMENT | | | | $0 |
| 5. INCOME | | | | $0 |
| 6. OTHER (ATTACH LIST) | | | | $0 |
| 7. TOTAL FEDERAL TAXES | $0 | $0 | $0 | $0 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | $0 |
| 9. SALES | | | | $0 |
| 10. EXCISE | | | | $0 |
| 11. UNEMPLOYMENT | | | | $0 |
| 12. REAL PROPERTY [2] | | | | $0 |
| 13. PERSONAL PROPERTY | | | | $0 |
| 14. OTHER (ATTACH LIST) | | | | $0 |
| 15. TOTAL STATE & LOCAL | $0 | $0 | $0 | $0 |
| 16. TOTAL TAXES | $0 | $0 | $0 | $0 |

[1] Amount represents balance of intercompany AR from affiliated debtor GPTX, LLC

[1a] TPI has no employees. All personnel are employed through GPTX

[2] Property taxes are due in full in lump sum each year on February 1st. The Debtor paid approximately $1.6 mil in property taxes in early 2016 for calendar year 2015. Historically, the Debtor has not prepared monthly property tax accruals. Future MORs are expected to reflect property tax accruals.

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

MONTH: May 2016

**BANK RECONCILIATIONS**

| | | Account #1 | | | | | | Account #2 | Account #3 | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | BANK: | Citizens State Bank | UMB Bank | UMB Bank | UMB Bank | UMB Bank | UMB Bank | UMB Bank | UMB Bank | |
| B. | ACCOUNT NUMBER: | 4220 | 4391 | 203.1 | 203.3 | 203.4 | 203.5 | 203.7 | 203.8 | TOTAL |
| C. | PURPOSE (TYPE): | checking account | restricted cash | restricted cash | restricted cash | restricted cash | restricted cash | restricted cash | restricted cash | |
| 1. | BALANCE PER BANK STATEMENT | $172 | $8,523,331 | $1,507,000 | $0 | $3,134 | $61 | $37 | $161,354 | $10,195,090 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 4. | OTHER RECONCILING ITEMS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5. | MONTH END BALANCE PER BOOKS | $172 | $8,523,331 | $1,507,000 | $0 | $3,134 | $61 | $37 | $161,354 | $10,195,090 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

**INVESTMENT ACCOUNTS**

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | | | | | | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. TOTAL INVESTMENTS | | | | | | | | $0 | $0 |

**CASH**

| 12. | CURRENCY ON HAND | $0 |
|---|---|---|
| 13. | **TOTAL CASH - END OF MONTH** | $10,195,090 |

**Monthly Operating Report**
**ACCRUAL BASIS-6**

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

MONTH: May 2016

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| | INSIDERS [1] | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | $0 | $0 |

| | PROFESSIONALS [2] | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | $0 | $0 | $0 |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $0 | $0 | $0 |

[1] Not an insider but $5.7 mil payment made to affiliated debtor GPTX, LLC Case No 16-90127
[2] See FN 1c page 1 Balance Sheet

**Monthly Operating Report**
**ACCRUAL BASIS-7**

| CASE NAME: | Texas Pellets, Inc. |
|---|---|
| CASE NUMBER: | 16-90126 |

MONTH: May 2016

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X | |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X | |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

(2) All disbursements made through either UMB controlled restricted accounts or Citizens Bank accounts. Neither are Debtor in Possession accounts. New Wells Fargo accounts established in early June 2016 to comply with UST requirements. All activity from July 2016 expected to be through Wells Fargo accounts.

(3) There are various intercompany contracts between TPI and affiliated debtor GPTX, LLC Case No 16-90127. The contracts and the obligations under them have historically resulted in intercompany receivables and payables which are peridocially adjusted for obligations owed between the parties.

(4) Mid South was paid $98,026.10 through a court-authorized critical vendor order, and Wells Fargo was paid $1.2 mil per court order for insurance obligations arising pre-petition.

(5) Interim DIP financing of approximately $3 mil provided to the Debtor.

**INSURANCE**

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

92

**INSTALLMENT PAYMENTS**

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Inland Marine | Harford Fire Insurance Co. | 3/25/2015 - 7/1/2016 | $ 24,610.00 | annual |
| Property | Lloyd's, et al. | 3/31/2016 - 3/31/2017 | $ 1,179,900.00 | annual |
| Wind/Hail | Westchester Surplus Lines | 7/1/2015 - 7/1/2016 | $ 179,396.00 | annual |
| Wind/Hail | James River Insurance Co. | 7/1/2015 - 7/1/2016 | $ 66,093.00 | annual |
| Wind/Hail | Aspen Specialty Insurance Co. | 7/1/2015 - 7/1/2016 | $ 65,569.00 | annual |
| Auto Liability | Sentinel Insurance Co., Ltd. | 7/1/2015 - 7/1/2016 | $ 135,593.00 | annual |
| Employment Practices Liability | Federal Insurance Co. | 12/16/2015 - 12/16/2016 | $ 5,961.00 | annual |
| General Liability | Illinois National Insurance Co. | 1/1/2016 - 1/1/2017 | $ 53,244.00 | annual |
| Boiler and Machinery | Travelers Property Casualty Insurance Co. | 1/1/2016 - 1/1/2017 | $ 81,742.00 | annual |