# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **TEXAS PELLETS, INC.**[1] | ) **JOINTLY ADMINISTERED** |
| | ) under Case No. 16-90126 |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

**NOTICE OF CHANGE IN SCHEDULE OF CREDITORS (ADDRESS CORRECTION)**

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

☐ Add Creditor(s) [requires $30.00 filing fee]

☐ Delete Creditor(s) [requires a $30.00 filing fee]

☐ Change the amount of a debt [requires a $30.00 filing fee]

☐ Change the classification of a debt [requires a $30.00 filing fee]

☒ Change the address of Creditor(s) or add Attorney for a Creditor [no fee required]

☐ Amendment to Schedule C – Property Claimed as Exempt [requires service on matrix]

☐ Amendment to Schedule I – Current Income of Individual Debtor(s)

☐ Amendment to Schedule J – Current Expenditures of Individual Debtor(s)

☐ Initial Amended Schedules due to Chapter Conversion

> Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial) matrix is required to add or delete creditors. **ANNOTATE CLEARLY SO CHANGES ARE EASILY UNDERSTANDABLE.** Do not file a complete new matrix. Only those creditors affected by the amended schedule should be shown on the matrix. If the $30.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $30.00 fee. Adding or deleting creditors at different times requires a fee each time.

I declare under penalty of perjury that I have read the changes to the List of Creditors (Master Mailing List (matrix)) and to the schedules and statements as attached hereto, and that they are correct to the best of my knowledge, information and belief.

Dated: September 12, 2016          */s/ Bryan M. Gaston*
                                                  Chief Restructuring Officer, Texas Pellets, Inc. & German
                                                                          Pellets Texas, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Texas Pellets, Inc. (3478) and German Pellets Texas, LLC (9084). The Debtors' principal place of business and service address is 164 County Road 1040, Woodville, Texas 75979.

**TWO (2) CORRECTIONS**

Ardent Mills Sherman Texas
408 E. Magnolia Street
Sherman, TX 75090


C. Johnnie on the Spot
P.O. Box 287
Texas City, TX 77592