# Limited Service List—As of December 21, 2017

*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

**DEBTORS**

Chip Cummins
RPA Advisors, LLC,
45 Eisenhower Drive,
Paramus, New Jersey 07652

Locke Lord LLP
Attn: C. Davin Boldissar
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036;

**UMB BANK, NATIONAL ASSOCIATION**

UMB Bank, National Association, as Trustee,
c/o, Daniel S. Bleck
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.,
One Financial Center
Boston, Massachusetts 02111

**OFFICE OF THE UNITED STATES TRUSTEE**

Office of the United States Trustee
c/o John Vardeman,
110 N. College, Suite 300
Tyler, Texas 75702

**UNSECURED CREDITORS' COMMITTEE**

Patrick Kelley
Ireland, Carroll, & Kelley
6101 South Broadway, Suite 500
Tyler, TX 75703
**Counsel for the Official Unsecured
Creditors' Committee**

**COMBINED LIST OF DEBTORS'
20-LARGEST UNSECURED CREDITORS**

ADM Germany GmbH
Ferdinandstrasse 5
Hamburg 20095
GERMANY

CEM Machine Inc
571 West End Avenue
Carthage NY 13619

Cogbill Construction LLC
P O Box 777
Vidor TX 77670-0777

CPM Europe B.V.
Rijder 2
Zaandam 1507 DN
THE NETHERLANDS

Cummings Westlake LLC
12837 Louetta Road, Ste 201
Cypress TX 77429-5611

GreCon, Inc
15875 SW 74th Ave
Tigard OR 97224-7934

GT Zesor AG
Eichholzstraße 7
Messen 3254
SWITZERLAND

Horizon Milling LLC
P O Box 841674
Dallas TX 75284

J A M Distributing Co
P O Box 201978
Dallas TX 75320-1978

Jasper Oil Company
P.O. Box 2290
Jasper, TX 75951-9997

Luminate LLC
1801 Broadway Ste 1620
Denver CO 80202-3843

Mill Master Machine Works Inc
2197 US Hwy 69
Doucette TX 75942-0610

**EXHIBIT "A"**

MFC Commodities GmbH
c/o Samuel Morrow
400 Burrard Street Suite 1860
Vancouver, British Columbia V6C 3A6
CANADA

MFC Commodities GmbH
c/o Ronald Oran & Kip Brar
909 Fannin St., Ste. 2300
Houston, TX 77010-1036

NES Rentals – Nederland
5425 North Twin City Hwy
Nederland TX 77627-3169

North American Procurement Company
P O Box 2279
Woodville TX 75979-2279

Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625

Port Arthur International
P O Box 1428
Port Arthur TX 77641-1428

SEW-EURODRIVE INC
P O Box 951012
Dallas TX 75395-1012

Springland Mfg
Springland West Road
Rivers, Manitoba R0K 1X0
CANADA

STIS Inc
P O Box 670620
Dallas TX 75267-0620

Tank Connection Affiliate Group
3609 North 16th Street
Parsons KS 67357-3401

TSI Responsible Innovation
20818 44th Ave West, Suite 201
Lynnwood WA 98036-7709

VecoPlan AG
Vor der Bitz 10
56470 Bad Marienberg (Westerwald)
GERMANY

Winstead PC
2728 North Harwood Street, Ste. 500
Dallas, Texas 75201-1743

**OTHER PARTIES-IN-INTEREST**

Anna Kathrin Leibold
Goethestrasse 3
23970 Wismar
GERMANY

Drax Power Limited
Selby North Yorkshire
YO8 8PH
UNITED KINGDOM

Michael Leibold
Goethestrasse 3
23970 Wismar
GERMANY

Peter Leibold
Goethestrasse 3
23970 Wismar
GERMANY

U.S. Occupational Safety and Health Administration
690 S. Loop 336 W., Suite 400
Conroe, Texas 77304-3320

Texas Commission on Environmental Quality
Office of Legal Services-Bankruptcy
Mail Code 132
P.O. Box 13087
Austin, TX 78711-3087

# Limited Service List—As of December 21, 2017
*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

**ALL PARTIES REQUESTING NOTICE**

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
**Counsel for UMB Bank, National Association, as Trustee**

STEVEN T. HOLMES
MCGLINCHEY STAFFORD, PLLC
2711 N. Haskell Avenue,
Suite 2750, LB 38
Dallas, Texas 75204
**Counsel for UMB Bank, National Association, as Trustee**

Robert P. Franke
Andrew G. Edson
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794
robert.franke@strasburger.com
andrew.edson@strasburger.com
**Counsel for MFC Commodities GmbH**

THOMAS D. FORTENBERRY
ATTORNEY AT LAW
P.O. Box 2254
Manchaca, Texas 78652-2254
tom@tflawoffices.com
**Counsel for North American Procurement Company**

Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, Suite 5100 New Orleans, Louisiana 70170-5100
mmintz@joneswalker.com
**Counsel for the Official Committee of Unsecured Creditors of German Pellets Louisiana, LLC, et al.**

Silverman Acampora LLP
Attn: Ronald. J. Friedman, Esq. Gerard R. Luckman, Esq.
100 Jericho Quadrangle, Suite 300 Jericho, New York 11753
RFriedman@SilvermanAcampora.com
GLuckman@SilvermanAcampora.com

**Counsel for CPM Europe B.V.**

SCOTT R. CHEATHAM
ADAMS AND REESE LLP
4500 ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139
scott.cheatham@arlaw.com
**Counsel for Teal Sales Incorporated**

Michael P. Ridulfo
KANE RUSSELL COLEMAN & LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
**Counsel for VFS Leasing Co.**

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, Texas 77253-3064
**Counsel for Montgomery County and Tyler County**

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706
**Counsel for Port of Port Arthur Navigation District of Jefferson County, Texas**

Paul Rosenblatt, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA, 30309-4528
**Counsel for Drax Power Limited**

Eric J. Taube
Mark C. Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
**Counsel for North American Procurement Company**

H. Kent Aguillard
P. O. Box 391
Eunice, Louisiana 70535
**Counsel for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC**


Jay W. Hurst
Assistant Attorney
General Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, Texas 78711-2548
**Comptroller of Public Accounts for the State of Texas**


Mark David Sherrill
Eversheds Sutherland (US) LLP
1001 Fannin St., Ste. 3700
Houston, Texas 77002
marksherrill@eversheds-sutherland.com
**Counsel for Drax Power Limited**


Timothy Alan ("Tad") Davidson
Ashley L. Harper
ANDREWS KURTH KENYON LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
AshleyHarper@andrewskurth.com
taddavidson@andrewskurth.com
**Counsel for German Pellets Holding USA, Inc.**