

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(LUFKIN DIVISION)

EOD
01/12/2018

In re: )
)  **JOINTLY ADMINISTERED**
TEXAS PELLETS, INC.[1] ) under Case No. 16-90126
)
Debtors. ) Chapter 11
)

# ORDER LIMITING NOTICE

On December 21, 2017 the Debtors[2] filed their *Motion for Order to Limit Notice* [dkt #684] (the "Motion") pursuant to the Bankruptcy Code and Bankruptcy Rules 2002(i), 2002(m), 4001, 6004, 6006, 6007 and 9007 in the above-styled Chapter 11 cases (the "Bankruptcy Cases"). The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Except as otherwise ordered in this Order or any subsequent order of this Court, notice of any filing in these Bankruptcy Cases need be given only to the following: (i) the Debtors, through Chip Cummins, the Debtors' Crisis Manager**,** RPA Advisors, LLC, 45

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtor's federal tax identification number, are Texas Pellets, Inc. (3478) and German Pellets Texas, LLC (9084). The corporate headquarters and service address for the jointly-administered is: 164 CR 1040, Woodville, TX 75979.

[2] All capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

1

Eisenhower Drive, Paramus, New Jersey 07652, (ii) the Debtors' counsel, C. Davin Boldissar of Locke Lord LLP, 601 Poydras Street, Suite 2660, New Orleans, Louisiana 70130-6036; (iii) UMB Bank, National Association, as Trustee, through its counsel, Daniel S. Bleck of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111; (iv) both Debtors' twenty (20) largest creditors on a consolidated basis; (v) the Office of the United States Trustee for the Eastern District of Texas, c/o John Vardeman, 110 N. College, Suite 300, Tyler, Texas 75702, (v) the UCC, through its counsel, Patrick Kelley, Ireland, Carroll & Kelley, P.C., 6101 S. Broadway, Suite 500, Tyler, Texas 75703; (vi) certain additional parties-in-interest, and (vii) any parties who have filed requests for notice in these Bankruptcy Cases (collectively as the "Service Parties").

3. The list of Service Parties, as attached as Exhibit "A" to this Order, shall, as of the entry date of this Order, constitute the "Limited Service List" for purposes of this Order and is hereby approved. The Debtors will update the Limited Service List at least once per month in order to reflect any changes to the addresses of the Service Parties (if any) and to include as additional Service Parties the names and addresses of any additional entities who may file requests for notice in these Bankruptcy Cases after the entry date of this Order.

4. *Any entity directly affected by proposed action, motion, or filing shall be served with notice of such action, motion, or filing in accordance with the Bankruptcy Code and the Bankruptcy Rules—whether or not that entity appears on the Limited Service List.*

5. Service of notice shall be made through the court's Electronic Case Filing system ("ECF") on all entities who receive notice electronically through the ECF either directly or through their counsel. All other entities shall receive notice by first-class United States Mail, postage prepaid.

6. This Order shall not apply to, and shall not limit, notice of: (i) any Chapter 11 disclosure statement ("Disclosure Statement") or Chapter 11 plan ("Plan") filed in these Bankruptcy Cases, (ii) the notice of any hearing to consider approval of a Disclosure Statement or confirmation of a Plan; (iii) the notice of the times fixed for filing objections to a Disclosure Statement and/or Plan; (iv) the notice of the times fixed to submit ballots for accepting or rejecting a Plan; (v) a notice of any proposed sale and/or auction of substantially all the Debtors' assets as well as of any hearing before this Court to approve any such sale and/or auction; and (vi) any motion to consider the dismissal or conversion of these Bankruptcy Cases as well as the notice of any hearing on such a motion (collectively, the "Expanded-Service Documents"). The Expanded-Service Documents shall continue to be served as required under the Bankruptcy Code and applicable Bankruptcy Rules.

7. The Debtors shall serve a copy of this Order upon all parties listed on the Debtors' combined mailing matrix.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Signed on 01/12/2018

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

# Limited Service List—As of December 21, 2017
*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

**DEBTORS**

Chip Cummins
RPA Advisors, LLC,
45 Eisenhower Drive,
Paramus, New Jersey 07652


Locke Lord LLP
Attn: C. Davin Boldissar
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036;

**UMB BANK, NATIONAL ASSOCIATION**

UMB Bank, National Association, as Trustee,
c/o, Daniel S. Bleck
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.,
One Financial Center
Boston, Massachusetts 02111

**OFFICE OF THE UNITED STATES TRUSTEE**

Office of the United States Trustee
c/o John Vardeman,
110 N. College, Suite 300
Tyler, Texas 75702

**UNSECURED CREDITORS' COMMITTEE**

Patrick Kelley
Ireland, Carroll, & Kelley
6101 South Broadway, Suite 500
Tyler, TX 75703
**Counsel for the Official Unsecured
Creditors' Committee**

**COMBINED LIST OF DEBTORS'
20-LARGEST UNSECURED CREDITORS**

ADM Germany GmbH
Ferdinandstrasse 5
Hamburg 20095
GERMANY


CEM Machine Inc
571 West End Avenue
Carthage NY 13619

Cogbill Construction LLC
P O Box 777
Vidor TX 77670-0777


CPM Europe B.V.
Rijder 2
Zaandam 1507 DN
THE NETHERLANDS


Cummings Westlake LLC
12837 Louetta Road, Ste 201
Cypress TX 77429-5611


GreCon, Inc
15875 SW 74th Ave
Tigard OR 97224-7934


GT Zesor AG
Eichholzstraße 7
Messen 3254
SWITZERLAND


Horizon Milling LLC
P O Box 841674
Dallas TX 75284


J A M Distributing Co
P O Box 201978
Dallas TX 75320-1978


Jasper Oil Company
P.O. Box 2290
Jasper, TX 75951-9997


Luminate LLC
1801 Broadway Ste 1620
Denver CO 80202-3843


Mill Master Machine Works Inc
2197 US Hwy 69
Doucette TX 75942-0610

**EXHIBIT "A"**

# Limited Service List—As of December 21, 2017
*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

MFC Commodities GmbH
c/o Samuel Morrow
400 Burrard Street Suite 1860
Vancouver, British Columbia V6C 3A6
CANADA

MFC Commodities GmbH
c/o Ronald Oran & Kip Brar
909 Fannin St., Ste. 2300
Houston, TX 77010-1036

NES Rentals – Nederland
5425 North Twin City Hwy
Nederland TX 77627-3169

North American Procurement Company
P O Box 2279
Woodville TX 75979-2279

Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625

Port Arthur International
P O Box 1428
Port Arthur TX 77641-1428

SEW-EURODRIVE INC
P O Box 951012
Dallas TX 75395-1012

Springland Mfg
Springland West Road
Rivers, Manitoba R0K 1X0
CANADA

STIS Inc
P O Box 670620
Dallas TX 75267-0620

Tank Connection Affiliate Group
3609 North 16th Street
Parsons KS 67357-3401

TSI Responsible Innovation
20818 44th Ave West, Suite 201
Lynnwood WA 98036-7709

VecoPlan AG
Vor der Bitz 10
56470 Bad Marienberg (Westerwald)
GERMANY

Winstead PC
2728 North Harwood Street, Ste. 500
Dallas, Texas 75201-1743

**OTHER PARTIES-IN-INTEREST**

Anna Kathrin Leibold
Goethestrasse 3
23970 Wismar
GERMANY

Drax Power Limited
Selby North Yorkshire
YO8 8PH
UNITED KINGDOM

Michael Leibold
Goethestrasse 3
23970 Wismar
GERMANY

Peter Leibold
Goethestrasse 3
23970 Wismar
GERMANY

U.S. Occupational Safety and Health Administration
690 S. Loop 336 W., Suite 400
Conroe, Texas 77304-3320

Texas Commission on Environmental Quality
Office of Legal Services-Bankruptcy
Mail Code 132
P.O. Box 13087
Austin, TX 78711-3087

# Limited Service List—As of December 21, 2017
*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

**ALL PARTIES REQUESTING NOTICE**

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
**Counsel for UMB Bank, National Association, as Trustee**

STEVEN T. HOLMES
MCGLINCHEY STAFFORD, PLLC
2711 N. Haskell Avenue,
Suite 2750, LB 38
Dallas, Texas 75204
**Counsel for UMB Bank, National Association, as Trustee**

Robert P. Franke
Andrew G. Edson
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794
robert.franke@strasburger.com
andrew.edson@strasburger.com
**Counsel for MFC Commodities GmbH**

THOMAS D. FORTENBERRY
ATTORNEY AT LAW
P.O. Box 2254
Manchaca, Texas 78652-2254
tom@tflawoffices.com
**Counsel for North American Procurement Company**

Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, Suite 5100 New Orleans, Louisiana 70170-5100
mmintz@joneswalker.com
**Counsel for the Official Committee of Unsecured Creditors of German Pellets Louisiana, LLC, et al.**

Silverman Acampora LLP
Attn: Ronald. J. Friedman, Esq. Gerard R. Luckman, Esq.
100 Jericho Quadrangle, Suite 300 Jericho, New York 11753
RFriedman@SilvermanAcampora.com
GLuckman@SilvermanAcampora.com

**Counsel for CPM Europe B.V.**

SCOTT R. CHEATHAM
ADAMS AND REESE LLP
4500 ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139
scott.cheatham@arlaw.com
**Counsel for Teal Sales Incorporated**

Michael P. Ridulfo
KANE RUSSELL COLEMAN & LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
**Counsel for VFS Leasing Co.**

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, Texas 77253-3064
**Counsel for Montgomery County and Tyler County**

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706
**Counsel for Port of Port Arthur Navigation District of Jefferson County, Texas**

Paul Rosenblatt, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA, 30309-4528
**Counsel for Drax Power Limited**

Eric J. Taube
Mark C. Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
**Counsel for North American Procurement Company**

# Limited Service List—As of December 21, 2017

*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

H. Kent Aguillard
P. O. Box 391
Eunice, Louisiana 70535
**Counsel for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC**


Jay W. Hurst
Assistant Attorney
General Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, Texas 78711-2548
**Comptroller of Public Accounts for the State of Texas**


Mark David Sherrill
Eversheds Sutherland (US) LLP
1001 Fannin St., Ste. 3700
Houston, Texas 77002
marksherrill@eversheds-sutherland.com
**Counsel for Drax Power Limited**


Timothy Alan ("Tad") Davidson
Ashley L. Harper
ANDREWS KURTH KENYON LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
AshleyHarper@andrewskurth.com
taddavidson@andrewskurth.com
**Counsel for German Pellets Holding USA, Inc.**