# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (LUFKIN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | **JOINTLY ADMINISTERED** |
| TEXAS PELLETS, INC.[1] ) | under Case No. 16-90126 |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

## STIPULATION EXTENDING DEADLINE TO RESPOND TO
## GERMAN PELLETS HOLDING USA, INC.'s MOTION FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE CLAIM
## UNDER 11 U.S.C. §503(B)(1)(A), (B)(3)(D), AND (B)(4)
### [Relates to Docket #1049]

Texas Pellets, Inc. and German Pellets Texas, LLC (together, the "Debtors"), German Pellets Holding USA, Inc. ("GP Holding"), and UMB Bank, National Association (the "Bond Trustee") hereby together stipulate and agree as follows with respect to *German Pellets Holding USA, Inc.'s Motion for Allowance and Payment of Administrative Claim Under 503(B)(1)(A), (B)(3)(D), and (b)(4)* [Docket #1049] (the "Motion") filed on February 21, 2019 in the above-styled Chapter 11 cases (the "Bankruptcy Cases"):

1. Notwithstanding anything to the contrary set forth in the Motion, the Debtors and the Bond Trustee shall have until Thursday, March 28, 2019, to object, answer, or otherwise respond to the Motion.

2. The Debtors, the Bond Trustee, and GP Holding otherwise reserve all their rights, claims, and arguments with respect to the Motion and its subject matter.

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtor's federal tax identification number, are Texas Pellets, Inc. (3478) and German Pellets Texas, LLC (9084). The corporate headquarters and service address for the jointly-administered is: 164 CR 1040, Woodville, TX 75979.

Dated: March 14, 2019.

/s/ C. Davin Boldissar
C. Davin Boldissar (La. #29094)
*(admitted pro hac vice)*
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 681-5211
dboldissar@lockelord.com

-and-

W. Steven Bryant
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Fax: (512) 305-4800
sbryant@lockelord.com

**COUNSEL FOR TEXAS PELLETS, INC. AND GERMAN PELLETS TEXAS, LLC**

-and-

ANDREWS KURTH KENYON LLP

/s/ Ashley L. Harper
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email: taddavidson@andrewskurth.com
ashleyharper@andrewskurth.com

**Counsel for German Pellets Holding USA, Inc.**

-and-

2

/s/ Daniel S. Bleck
Daniel S. Bleck (BBO No. 560328)
Charles W. Azano (BBO No. 655775)
MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**ATTORNEYS FOR**
**UMB Bank, National Association, as Bond Trustee with respect to the Sanger Texas Industrial Development Corporation Industrial Development Revenue Bonds (Texas Pellets Project), Series 2012B and 2012C**

### CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing *Stipulation* to be served on March 14, 2019 upon the parties listed on the attached Limited Service List via ECF Notification, and (for those parties who do not receive ECF notification) on March 14, 2019 by United States regular mail, postage prepaid.

/s/ C. Davin Boldissar
C. Davin Boldissar