| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-9<br>Case 16-90126<br>Eastern District of Texas<br>Lufkin<br>Thu May  2 10:34:13 CDT 2019 | ACC Business<br>P O Box 105306<br>Atlanta GA 30348-5306 | ADM Germany GmbH<br>Ferdinandstrasse 5<br>Hamburg 20095<br>GERMANY |
| ADP LLC<br>P O Box 842875<br>Boston MA 02284-2875 | AIG Specialty Insurance Company<br>175 Water Street, 18th Floor,<br>New York, NY 10038-4976 | AT&T<br>P O Box 1809<br>Paramus NJ 07653-1809 |
| Acton Mobile Industries<br>PO Box 758689<br>Baltimore, MD 21275-8689 | Rashida J. Adams<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1016 | Advanced Systems & Alarms Services<br>1130 Lindbergh Suite C<br>Beaumont TX 77707-4124 |
| H. Kent Aguillard<br>PO Box 391<br>Eunice, LA 70535-0391 | AireSpring Inc<br>1801 W Olympic Blvd<br>Pasadena CA 91199-1422 | Anna Kathrin Leibold<br>Goethestrasse 3<br>23970 Wismar<br>GERMANY |
| Applied Maintenance Specialties<br>34369 US Hwy 96 S<br>Buna TX 77612-5919 | Ardent Mills LLC (Sherman, Tx)<br>408 E. Magnolia Street<br>Sherman, TX 75090-7049 | Aspen Specialty Insurance Company<br>175 Capital Boulevard, Suite 300,<br>Rocky Hill, CT 06067-3914 |
| B&W Mechanical Handling Ltd.<br>n/k/a SAMSON Materials Handling Ltd.<br>Gemini House Cambridgeshire Business Par<br>1 Bartholomews Walk, Ely, Cambridgeshire<br>CB7 4 EA, England, UNITED KINGDOM | BDO USA, LLP<br>c/o Mark O'Rear<br>2929 Allen Parkway, 20th Floor<br>Houston, TX 77019-7101 | Berkshire Hathaway Homestate Ins. Co.<br>1314 Douglas Street,<br>Omaha, NE 68102-1944 |
| Bettina Schmudde<br>Insolvency Administrator, German Pellets<br>White & Case Hamburg<br>Valentinskamp 70 / EMPORIO<br>20355 Hamburg<br>GERMANY | Blackmon Trailer Sales LLC<br>P O Box 979<br>Mansfield LA 71052-0979 | Daniel Bleck<br>Mintz, Levin<br>One Financial Center<br>Boston, MA 02111-2657 |
| C. Davin Boldissar<br>Locke Lord LLP<br>601 Poydras Street<br>Ste. 2660<br>New Orleans, LA 70130-6032 | Brian McDougal<br>City Manager for Port Arthur, Texas<br>P.O. Box 1089<br>Port Arthur, TX 77641-1089 | Jason S. Brookner<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201-7212 |
| Brookshire Bros<br>P O Box 2058<br>Lufkin TX 75902-2058 | Brookshire Brothers Inc.<br>1201 Ellen Trout Drive<br>Lufkin Texas 75904-1233 | William Steven Bryant<br>Locke Lord LLP<br>600 Travis Street, Suite 2800<br>Houston, TX 77002-2914 |
| C & I Oil Company Inc<br>6050 College Street<br>Beaumont TX 77707-3502 | C. Johnnie on the Spot Inc<br>PO Box 287<br>Texas City, TX 77592-0287 | CEM Machine Inc (20)<br>571 West End Avenue<br>Carthage NY 13619-1038 |

EXHIBIT A

| | | |
|---|---|---|
| COBRA-CARE ADVISORS INC<br>5910 Hamilton Blvd, Ste 250C<br>Allentown, PA 18106-8945 | CPM California Pallet Mill<br>36810 Treasury Center<br>Chicago IL 60694-6800 | CPM Europe B.V.<br>Attn: Gerard R. Luckman, Esq.<br>Silverman Acampora LLP<br>100 Jericho Quadrangle, Ste. 300<br>Jericho, NY 11753-2702 |
| CPM Europe B.V.<br>Attn: Ronald J. Friedman, Esq.<br>Silverman Acampora LLP<br>100 Jericho Quadrangle, Ste 300<br>Jericho, NY 11753-2702 | CPM Europe B.V.<br>c/o Silverman Acampora LLP<br>Attention: Ronald J. Friedman, Esq.<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York  11753<br>( 11753-2702 | CPM Europe B.V. (20)<br>Rijder 2<br>Zaandam 1507 DN<br>THE NETHERLANDS |
| Amber Carson<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201-7212 | Rudy J. Cerone<br>McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130-6057 | Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139-4596 |
| City Attorney for Port Arthur, Texas<br>P.O. Box 1089<br>Port Arthur, TX 77641-1089 | City of Port Arthur<br>P O Box 1089<br>Port Arthur TX 77641-1089 | City of Port Arthur, Texas<br>P.O. Box 1089<br>Port Arthur, TX 77641-1089 |
| Clifton Larson Allen LLP<br>5001 Spring Valley Road, Suite 600W<br>Dallas, TX 75244-3988 | Coburns Supply Company<br>P O Box 99001<br>Denham Springs LA 70727-9001 | Cogbill Construction LLC<br>c/o Marc Ellison<br>2211 Norfolk, Ste 510<br>Houston, TX 77098-4048 |
| Cogbill Construction LLC (20)<br>P O Box 777<br>Vidor TX 77670-0777 | Configure Partners, LLC<br>Tower Place Buckhead<br>3340 Peachtree Rd NE<br>Suite 1010<br>Atlanta, GA 30326-1409 | Construction Safety Products Inc<br>408 NW Stallings Drive<br>Nacogdoches TX 75964-3841 |
| Cummings Westlake LLC (20)<br>12837 Louetta Road Ste 201<br>Cypress TX 77429-5611 | Chip Cummins<br>Chief Restructuring Officer<br>RPA Advisors, LLC<br>45 Eisenhower Drive<br>paramus, NJ 07652-1425 | DKFM Switzerland AG<br>Die Kanzlei fur Mittelstandsfinanzierung<br>Spisergasse 12<br>CH-9000<br>St. Gallen Switzerland |
| Timothy Alvin Davidson II<br>Hunton Andrews Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | Derrick Ford Freeman<br>Mayor of Port Arthur, Texas<br>P.O. Box 1089<br>Port Arthur, TX 77641-1089 | John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Dish Network<br>P O Box 94063<br>Palatine IL 60094-4063 | Dr. Sven-Holger Undritz<br>White & Case Hamburg<br>Valentinskamp 70 / EMPORIO<br>20355 Hamburg<br>GERMANY | Drax Power Limited<br>Eversheds Sutherland (US) LLP<br>1001 Fannin, Suite 3700<br>Houston, TX 77002-6785 |
| Drax Power Limited<br>Selby North Yorkshire<br>YO8 8PH<br>UNITED KINGDOM | DuBois Bryant & Campbell LLP<br>303 Colorado Street, Ste. 2300<br>Austin, TX  78701-0021 | Elliot Electric Supply<br>430 South Fletcher<br>Jasper TX 75951-4666 |

| | | |
|---|---|---|
| Endurance American Insurance Company<br>4 Manhattanville Road,<br>Purchase, NY 10577-2139 | Eric English<br>Porter Hedges LLP<br>1000 Main 36th Flr<br>Houston, TX 77002-6341 | Entergy Texas Inc<br>P O Box 8104<br>Baton Rouge LA 70891-8104 |
| Evanston Insurance Company<br>Ten Parkway North,<br>Deerfield, IL 60015-2526 | FMW Industrieanlagenbau GmbH<br>Kirchstetten 100<br>Kirchstetten 3062<br>AUSTRIA | FedEX Freight<br>Dept CH<br>PO Box 10306<br>Palatine IL 60055-0306 |
| FedEx Corporate Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis,TN 38116-5017 | Federal Insurance Company<br>436 Walnut Street,<br>Philadelphia, PA 19106-3703 | Thomas Donald Fortenberry<br>PO Box 2254<br>Manchaca, TX 78652-2254 |
| Thaddious Foster<br>985 I-10 North<br>Suite 100<br>Beaumont, TX 77706 | Ronald J. Friedman<br>Silverman Acompora LLP<br>100 Jericho Quadrangle, Ste 300<br>Jericho, NY 11753-2702 | Fuehler Systeme eNet International<br>Rthensteig 11<br>Nrnberg 90408<br>GERMANY |
| GOODYEAR COMMERCIAL TIRE<br>1255 W Cardinal Dr<br>Beaumont TX 77705-6410 | GT Zesor AG (20)<br>Eichholzstrae 7<br>Messen 3254<br>SWITZERLAND | German Pellets GmbH, repr. Insolv. Admin. Sc<br>Am Torney 2a<br>D-23970 Wismar<br>Germany |
| German Pellets Holding USA, Inc.<br>c/o Andrews Kurth Kenyon LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | German Pellets Holding USA, Inc.<br>Am Torney 2a<br>Wismar (Germany) 23970 | German Pellets Louisiana, LLC<br>4915 Hwy 125<br>Urania, LA 71480 |
| German Pellets Louisiana, LLC<br>4915 Highway 125<br>Urania, LA 71480 | German Pellets Louisiana, LLC<br>c/o Craig R. Jalbert, CIRA<br>Verdolino & Lowey, PC<br>124 Washington Street, Ste 101<br>Foxboro, MA 02035-1368 | German Pellets Texas, LLC<br>164 County Road 1040<br>Woodville, TX 75979-6753 |
| German Pellets, GmbH<br>c/o White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001 | Glen Conner, Superintendent<br>Woodville Independent School District<br>505 N. Charlton Street<br>Woodville, Texas 75979-4535 | Richard A. Graham<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1016 |
| Melanie Gray<br>Winston & Strawn LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 | GreCon, Inc (20)<br>15875 SW 74th Ave<br>Tigard OR 97224-7934 | Lonnie Grissom Jr.<br>North American Procurement Co.<br>PO Box 2279<br>Woodville, TX 75979-2279 |
| Mengying Guan<br>Kane Russell Coleman Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201-4701 | Guardian<br>P O Box 824404<br>Philadelphia PA 19182-4404 | Guggenheim Securities, LLC<br>330 Madison Avenue<br>New York, NY 10017-5001 |

Ashley L. Harper
Andrews Kurth Kenyon LLP
600 Travis, Ste. 4200
Houston, TX 77002-2929

Hartford Fire Insurance Co.
One Hartford Plaza
Hartford, CT 06155-0001

Marc P. Henry
Offerman & King, LLP
6420 Wellington Place
Beaumont, TX 77706-3206

Hernandez Office Solutions
119 17th Street
Nederland TX 77627-5122

HireRight Solutions
P O Box 847783
Dallas TX 75284-7891

Hochheim Prairie Insurance
500 US Highway 77A S
Yoakum TX 77995-1399

Steven T. Holmes
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson St.
Suite 570
Founders Square
Dallas, TX 75202-4459

Horizon Milling LLC (20)
P O Box 841674
Dallas TX 75284-1674

Jay W. Hurst
Office of the Texas Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548

IPBG Pellets Beteiligungs GmbH
Borseplatz 4
Vienna 1010
AUSTRIA

IUQ Dr Krengel GmbH
Grner Weg 16a
Grevesmhlen 23936
GERMANY

Illinois National Insurance Company
Ryan G. Foley, Authorized Representative
175 Water Street,15th Floor
New York, New York 10038-4918

Debra L. Innocenti
110 E. Houston Street, 8th Floor
San Antonio, TX 78205-2991

Inspectorate (Bureau Veritas)
5051 Taravella Road,
Marrero, LA 70072-4244

Inspectorate America Corporation
12000 Aerospace Avenue Suite 200
Houston TX 77034-5589

Ironshore Specialty Insurance Company
P.O. Box 3407,
New York, NY 10008-3407

J A M Distributing Co (20)
P O Box 201978
Dallas TX 75320-1978

J Riley Enterprises, LLC, d/b/a JB Industrie
c/o Debra Innocenti
110 E. Houston Street, 8th Floor
San Antonio, TX 78205-2991

Craig Jalbert
c/o Jason M. Katz
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610

James L. Davis Construction, LLC
146 Redemption Lane,
Ruston, LA 71270-7301

James River Insurance Company
P.O. Box 27648,
Richmond, VA 23261-7648

Janet Hemphill
2035 Lake Shore Dr
Port Arthur, TX 77640-6783

Jasper Oil Company (20)
P O Box 2290
Jasper TX 75951-9997

Jefferson County
4610 S 4th St
Beaumont TX 77705-4547

Jensen Hughes, Inc.
PO Box 62680
Baltimore, MD 21264-2680

Roland Gary Jones
1325 Avenue of the Americas, 28th Floor
New York, NY 10019-6583

Jonathan C Juhan
985 I-10 North, Ste. 100
Beaumont, TX 77706

KC Electric, Inc.
P.O. Box 115,
DeRidder, LA 70634-0115

Kaeser Compressors, Inc
P O Box 946
Fredericksburg VA 22404-0946

Jason Michael Katz
Hiersche, Hayward, Drakeley & Urbach, PC
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610

| | | |
|---|---|---|
| Keenan Dancy<br>801 Dunbar<br>Port Arthur, TX 77640-4934 | Patrick Kelley<br>Patrick Kelley, PLLC<br>112 E. Line Street<br>Suite 203<br>Tyler, TX 75702-5738 | Kice Industries, Inc<br>5500 Mill Heights Dr<br>Wichita KS 67219-2358 |
| James W. King<br>Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Kluber Lubrication<br>22571 Network Place<br>Chicago TX 60673-1225 | Bradley Clay Knapp<br>Locke Lord LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 |
| LONE STAR PARTS<br>1114 S Magnolia<br>Woodville TX 75979-5608 | Lakeway Tire and Service<br>P O Box 2136<br>Jasper TX 75951-0023 | Lancaster Safety Consulting Inc<br>100 Bradford Road Suite 100<br>Wexford PA 15090-8487 |
| Britton L. Larison<br> McGlinchey Stafford, PLLC<br>2711 N. Haskell Avenue, Suite 2750<br>Dallas, TX 75204-2911 | John P Lewis Jr.<br>1412 Main Street, Suite 210<br>Dallas, TX 75202-4071 | Lorenz Speck<br>Hainstrasse 28<br>Rendsburg 24768<br>GERMANY |
| Louisiana Pellets, Inc.<br>4915 Hwy. 125<br>Urania, LA 71480 | Louisiana Pellets, Inc.<br>c/o Craig R. Jalbert, CIRA<br>Verdolino & Lowey, PC<br>124 Washington Street, Ste 101<br>Foxboro, MA 02035-1368 | Lufkin Electric Co Inc<br>P O Box 1227<br>Lufkin TX 75902-1227 |
| Lufkin Rubber & Gasket Company Inc<br>P O Box 150356<br>Lufkin TX 75915-0356 | Luminate LLC (20)<br>1801 Broadway Ste 1620<br>Denver CO 80202-3843 | MFC Bancorp, Ltd.<br>c/o Samuel Morrow<br>Millennium Tower, 21st Floor<br>Handelskai 94-96<br>A-1200 Vienna<br>Austria |
| MFC Commodities GmbH<br>c/o Ronald Oran 7 Kip Brar<br>909 Fannin St., Ste. 2300<br>Houston, TX 77010-1036 | MFC Commodities GmbH<br>c/o Antonio Ortiz<br>500 N. Shoreline, Ste 900<br>Corpus Christi, TX 78401-0341 | MFC Commodities GmbH<br>c/o Andrew Edson, Esq.<br>Strasburger & Price, LLP<br>901 Main Street, Suite 4400<br>Dallas, Texas 75202-3794 |
| Mack Manufacturing Inc<br>P O Box 1559<br>Theodore AL 36590-1559 | Tristan E. Manthey<br>Heller Draper Patrick Horn & Manthey LLC<br>650 Poydras St., Ste. 2500<br>New Orleans, LA 70130-6175 | Marcos Truck Tarps LLC<br>P O Box 36009<br>Houston TX 77236-6009 |
| Matheson Tri-Gas Inc<br>P O Box 845502<br>Dallas TX 75284-5502 | Maxum Indemnity Company<br>3655 North Point Parkway, Suite 500,<br>Alpharetta, GA 30005-2027 | Mathilda S. McGee-Tubb<br>Mintz Levin Cohen Ferris Glovsky et al<br>One Financial Center<br>Boston, MA 02111-2657 |
| Michael Leibold<br>Goethestrasse 3<br>23970 Wismar<br>GERMANY | (p)MID SOUTH FIRE SOLUTIONS LLC<br>669 AERO DRIVE<br>SHREVEPORT LA 71107-6653 | Mill Master Machine Works Inc (20)<br>2197 US Hwy 69<br>Doucette TX 75942-0610 |

| | | |
|---|---|---|
| Milton J. Wood Fire Protection, Inc.<br>3805 Faye Road<br>Jacksonville, Florida 32226-2394 | Mark A. Mintz<br>Jones Walker LLP<br>201 St. Charles Ave, 49th Fl.<br>New Orleans, LA 70170-5100 | Moak, Casey & Associates<br>400 W. 15th Street, Suite 1410,<br>Austin, TX 78701-1648 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Montgomery County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | Mark W. Moran<br>12770 Coit Road, Suite 600<br>Dallas, TX 75251-1360 |
| Emily Mott<br>Locke Lord LLP<br>600 Travis St., Suite 2800<br>Houston, TX 77002-2914 | NES Rentals - Nederland (20)<br>5425 North Twin City Hwy<br>Nederland, TX 77627-3169 | Navigant Consulting, Inc.<br>2 Houston Center<br>909 Fannin St, Ste 2450<br>Houston, TX 77010-1053 |
| North American Procurement Company<br>PO Box 2279<br>Woodville, TX 75979-2279 | North American Procurement Company<br>C/O Christopher D. Leavins<br>Germer PLLC<br>Post Office Box 4915<br>Beaumont, Texas 77704-4915 | North American Procurement Company (20)<br>P O Box 2279<br>Woodville TX 75979-2279 |
| Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Angela N. Offerman<br>Kane Russell Coleman Logan PC<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056-5622 | Official Committee of Unsecured Creditors of<br>c/o Mark Mintz<br>Jones Walker LLP<br>201 St. Charles Avenue, Ste. 5100<br>New Orleans, LA 70170-5100 |
| Orrick Herrington & Sutcliffe LLP (20)<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2625 | Antonio Ortiz<br>Jordan Hyden Womble Culbreth & Holzer PC<br>500 N. Shoreline, Ste. 900<br>Corpus Christi, TX 78401-0341 | PEFC-SFI (Bureau Veritas)<br>12000 Aerospace Avenue, Suite 200,<br>Houston, TX 77034-5589 |
| Bruce M. Partain<br>Wells, Peyton, Greenberg & Hunt<br>550 Fannin Street, Suite 600<br>PO Box 3708<br>Beaumont, TX 77704-3708 | PartnerRe Ireland Insurance Limited<br>5th Floor, Block 1, The Oval,<br>160 Shelbourne Road,<br>Dublin 4,<br>IRELAND | Pelletaire LLC<br>1495 University Boulevard<br>Mobile, AL 36609-2946 |
| Peter Leibold<br>Goethestrasse 3<br>23970 Wismar<br>GERMANY | Port Arthur City Council<br>P.O. Box 1089<br>Port Arthur, TX 77641-1089 | Port Arthur Fire Marshall<br>Attn: Paul Washburn<br>P. O. Box 1089<br>Port Arthur, Texas 77641-1089 |
| Port Arthur International (20)<br>P O Box 1428<br>Port Arthur TX 77641-1428 | Port of Port Arthur Navigation District of J<br>c/o Scot Sheldon<br>905 Orleans St.<br>Beaumont, TX 77701-3520 | Port of Port Arthur Navigation District of J<br>c/o James W. King<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 |
| Precision Enterprise Inc<br>P O Box 429<br>Hwy 69 North<br>Woodville TX 75979-0429 | Price LogPro LLC<br>P O Box 23137<br>Hot Springs AR 71903-3137 | Principal Financial Group<br>711 High St<br>Des Moines IA 50392-0001 |

| | | |
|---|---|---|
| RANGER Conveying & Supply<br>4701 Clinton Drive<br>Houston TX 77020-7803 | RPA Advisors, LLC<br>c/o Chip Cummons<br>45 Eisenhower Dr<br>Paramus, NJ 07652-1425 | Red Ball Oxygen<br>P O Box 7316<br>Shreveport LA 71137-7316 |
| Red Ball Oxygen Co., Inc.<br>6200 S. Loop E. Fwy.,<br>Houston, TX 77087 | Michael Ridulfo<br>Kane Russell Coleman and Logan, PC<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056-5622 | Paul M. Rosenblatt<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St.<br>Suite 2800<br>Atlanta, GA 30309-4530 |
| Rudolf Hirner, technische Produkte<br>Kleinreifling 24a 4464<br>AUSTRIA | Abigail R. Ryan<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | SEW-EURODRIVE INC (20)<br>P O Box 951012<br>Dallas TX 75395-1012 |
| SSA Gulf, Inc.<br>2816 B West 11th Street,<br>Panama City, FL 32401-1417 | STIS<br>PO Box 670620<br>Dallas, TX 75267-0620 | STIS Inc (20)<br>P O Box 670620<br>Dallas TX 75267-0620 |
| Safway Services LLC<br>2910 E Pasadena Freeway<br>Pasadena TX 77506-1608 | Sidney H. Scheinberg<br>Godwin Bowman PC<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270-2041 | Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 |
| Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Kurt Shelton<br>c/o Sidney Scheinberg<br>1201 Elm Street<br>Ste 1700<br>Dallas, TX 75270-2041 | Mark David Sherrill<br>Eversheds Sutherland LLP<br>1001 Fannin St., Ste 3700<br>Houston, TX 77002-6785 |
| J Jackson Shrum<br>Austria Shrum LLC<br>1201 N. Orange St. Ste. 502<br>Wilmington, DE 19801-1119 | Smarts Truck Leasing, LLC<br>4730 Washington Blvd.,<br>Beaumont, TX 77707-4399 | Smarts Truck and Trailer<br>1408 US Hwy 69 South<br>Woodville TX 75979-6180 |
| Smith Gambrell & Russell LLP<br>1230 Peachtree Street Suite 3100<br>Atlanta GA 30309-3592 | Southern Supply Inc<br>2218 Atkinson Drive Suite F<br>Lufkin TX 75901-2521 | Southern Tire Mart, LLC<br>800 Hwy 98<br>Columbia, MS 39429-8255 |
| Specialized Maintenance Services<br>4533 Pasadena Blvd<br>Pasadena TX 77503-3545 | Specialized Maintenance Services<br>c/o Alan Scheinthal<br>4635 SW Fwy #720<br>Houston, TX 77027-7105 | Springland Mfg (20)<br>Springland West Road<br>Rivers Manitoba R0K 1X0<br>CANADA |
| Steadfast Insurance Company<br>1400 American Lane,<br>Schaumburg, IL 60196-1056 | William S. Sugden<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | T Parker Host Inc<br>350 Pine Street<br>Beaumont TX 77701-2421 |

| | | |
|---|---|---|
| TSI Responsible Innovation (20)<br>20818 44th Ave West Suite 201<br>Lynnwood WA 98036-7709 | Tank Connection Affiliate Group (20)<br>3609 North 16th Street<br>Parsons, KS 67357-3401 | Eric J. Taube<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042 |
| Mark C. Taylor<br>Waller<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042 | Mark C. Taylor<br>Waller Lansden Dortch & Davis, LLC<br>100 Congress Ave. Ste. 1800<br>Austin, TX 78701-4042 | Teal Sales Incorporated<br>c/o Scott Cheatham<br>4500 One Shell Square<br>701 Poydras Street, Ste 4500<br>New Orleans, LA 70139-7755 |
| Texas Commission on Environmental Quality<br>c/o Attorney General's Office<br>Bankruptcy & Collections Division<br>P. O. Box 12548   MC-008<br>Austin, TX 78711-2548 | Texas Commission on Environmental Quality<br>Office of Legal Services-Bankruptcy Prog<br>Mail Code 132<br>PO Box 13087<br>Austin, TX 78711-3087 | Texas Commission on Environmental Quality<br>Region 10 Beaumont<br>Attn: Alex Crank<br>3870 Eastex Freeway<br>Beaumont, TX 77703-1830 |
| Texas Comptroller of Public Accounts<br>Jay Hurst<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Forestry Association<br>P O Box 1488<br>Lufkin TX 75902-1488 | Texas Mutual Insurance Company<br>P O Box 841843<br>Dallas TX 75284-1843 |
| Texas Mutual Insurance Company<br>P.O. Box 12058,<br>Austin, TX 78711-2058 | Texas Parks & Wildlife<br>Law Enforcement Division<br>4200 Smith School Road<br>Austin TX 78744-3218 | Texas Pellets, Inc.<br>164 County Rd 1040<br>Woodville, TX 75979-6753 |
| The Kansas City Southern Railway Company<br>427 West 12th Street<br>Kansas City, MO 64105-1403 | The Kansas City Southern Railway Company<br>1610 Woodstead Court, Ste. 425<br>The Woodlands, TX 77380-3414 | The Kansas City Southern Railway Company<br>Attn: Mr. Steve McNealy<br>427 W. 12th Street<br>Kansas City, MO 64105-1403 |
| Thomas D. Fortenberry<br>P O Box 2099<br>Woodville TX 75979-2099 | Travelers Excess and Surplus Lines Co.<br>One Tower Square,<br>Hartford, CT 06183-0001 | Travelers Property Casualty Company of Ameri<br>c/o Corporation Service Company<br>211 E 7th St, Ste 620<br>Austin, TX 78701-3218 |
| Travelers Property Casualty Insurance Co.<br>1000 Windward Concourse,<br>Alpharetta, GA 30005-2052 | Trinity Consultants Inc<br>PO Box 972047<br>Dallas TX 75397-2047 | Tyler County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Tyler County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | Tyler County Chambers of Commerce<br>717 West Bluff<br>Woodville TX 75979-5131 | Tyler County Court Costs<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Tyler County Hospital District<br>1100 West Bluff<br>Woodville, TX 75979-4799 | Tyler County Hospital District<br>1100 West Bluff<br>Woodville, Texas 75979-4799 | Tyler County Texas<br>Attn: County Judge<br>100 West Bluff, Room 102<br>Woodville, Texas 75979-5245 |

| | | |
|---|---|---|
| Tyler County, Texas<br>c/o James Guest<br>Linebarger Goggan Blair et al<br>1316 South John Redditt<br>Lufkine, TX 75904-4340 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Occupational Safety and Health Administ<br>690 S. Loop 336 W., Suite 400<br>Conroe, Texas 77304-3320 |
| UMB Bank, National Association, as Bond Trus<br>c/o Steven T. Holmes<br>6688 North Central Expressway<br>Suite 400<br>Dallas, TX 75206-3951 | UMB Bank, National Association, successor tr<br>c/o Daniel S. Bleck, Esq.<br>Mintz Levin<br>One Financial Center<br>Boston, MA 02111-2657 | UPS Supply Chain Solutions<br>28013 Network Place<br>Chicago IL 60673-1280 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Ultrabulk A/S<br>Wells Peyton Greenberg &Hunt<br>550 Fannin<br>Suite 600<br>Beaumont, TX 77701-3107 | United States Department of Labor<br>Occupational Safety & Health Administrat<br>200 Constitution Avenue NW<br>Room Number N3626<br>Washington, D.C. 20210-0001 |
| VECOPLAN AG (20)<br>Vor der Bitz 10<br>Bad Marienberg 56470<br>GERMANY | VFS Leasing Co.<br>c/o Kane Russell Coleman Logan PC<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056-5622 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| VdS Schadenverhtung GmbH<br>Amsterdamer Str 174<br>Kln 50735<br>GERMANY | VecoPlan AG<br>Vor der Bitz 10,<br>56470 Bad Marienberg (Westerwald)<br>GERMANY | Vesta VFO, LLC<br>c/o Eric English<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 |
| Volvo Financial Services<br>7025 Albert Pick Road, Suite 105 (27409)<br>P.O. Box 26131,<br>Greensboro, NC 27402-6131 | WEX<br>P O Box 639<br>Portland ME 04104-0639 | Adrienne K. Walker<br>Mintz Levin<br>One Financial Center<br>Boston, MA 02111-2657 |
| Wanda Howard<br>801 Dunbar<br>Port Arthur, TX 77640-4934 | Wells Fargo Insurance Services USA Inc<br>6100 Fairview Rd 14th Floor<br>Charlotte NC 28210-3275 | David Allan Wender<br>Alston & Bird, LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309-3424 |
| Wessel GmbH<br>Hagdornstrae 10<br>Xanten 46509<br>GERMANY | Wessel GmbH Kessel- und Apparatebau<br>Wessel GmbH Hagdornstrasse 10<br>46509 Xanten, Germany | Westbrook Saw Service<br>115 Perego LN<br>Newton TX 75966-3883 |
| Westchester Surplus Lines Insurance Co.<br>PO Box 1000,<br>Philadelphia, PA 19105-1000 | Westport Insurance Corporation<br>5200 Metcalf Avenue<br>Overland Park, KS 66202-1265 | William Steven Bryant<br>Locke Lord LLP<br>600 Congress Ave, Ste 2200<br>Austin, TX 78701-3055 |
| Paula Williams<br>J.A.M. Distributing Company<br>7010 Mykawa Rd<br>Houston, TX 77033-1132 | Williams Scotsman Inc<br>PO Box 91975<br>Chicago IL 60693-1975 | Wingfoot Commercial Tire LLC<br>dba Goodyear Commercial Tire<br>PO Box 48<br>Fort Smith, AR 72902-0048 |

| | | |
|---|---|---|
| Winstead PC (20)<br>2728 North Harwood Street, Ste. 500<br>Dallas, TX 75201-1743 | John Wade Womack<br>Jasper Oil Company<br>PO Box 2290<br>719 Highway 63W<br>Jasper, TX 75951-8165 | Xerox Corporation<br>P O BOX 650361<br>Dallas TX 75265-0361 |
| Maryann Zaki<br>1001 Fannin St., Ste. 3700<br>Houston, TX 77002-6785 | expediae mundi GmbH<br>Schorberger Str 66<br>Solingen 42699<br>GERMANY | mailing address:<br>Am Torney 2a<br>23970 Wismar<br>Germany |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mid-South Fire Solutions, Inc.
669 Aero Drive
Shreveport, LA 71107-6943

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 | (u)Official Unsecured Creditors Committee of | (u)Ultrabulk |

End of Label Matrix
Mailable recipients   275
Bypassed recipients     3
Total                 278