IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS PELLETS, INC. and | § | CASE NO. 16-90126 |
| GERMAN PELLETS, LLC | § | CASE NO. 16-90217 |
| | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | Jointly Administered Under |
| | § | 16-90126 |

# NORTH AMERICAN PROCUREMENT COMPANY'S LIMITED OBJECTION TO ENTRY OF ORDER APPROVING SALE

TO THE HONORABLE BILL PARKER, UNITED STATES BANKRUPTCY JUDGE:

North American Procurement Company ("NAPCO") files this Limited Objection to Entry of Order Approving Sale, as follows:

1. NAPCO is a creditor and party-in-interest in this proceeding.

2. NAPCO has not been provided with the proposed sale order nor proposed distribution of proceeds. NAPCO has filed a limited Objection to confirmation of the Debtors' Plan because, among other things, the amount of the "Distribution Reserve" is unspecified. NAPCO objects to the distribution of sale proceeds to the extent that the Distribution Reserve is not adequate to cover all anticipated costs including, but not limited to, payment of administrative expense claims that are ultimately allowed.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    Telephone:  (512) 685-6400
    Telecopier:  (512) 685-6417
    eric.taube@wallerlaw.com
    mark.taylor@wallerlaw.com

**ATTORNEYS FOR NORTH AMERICAN PROCUREMENT COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon those parties receiving the Court's ECF notification as listed on the attached service list and via email on the parties listed below on the 10th day of May, 2019:

**Debtors' Counsel**
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Attn: C. Davin Boldissar
Email: dboldissar@lockelord.com

**Counsel for Bond Trustee**
Attn: Daniel S. Bleck
Mintz Levin Cohn Ferris et al.
One Financial Center
Boston, MA 02111
E-mail: dsbleck@mintz.com

**Debtors' Investment Banker**
Attn: Jay C. Jacquin, Managing Director
Configure Partners
Tower Place Buckhead
3340 Peachtree Rd NE, Suite 1010
Atlanta, GA 30326
E-mail: jjacquin@configurepartners.com

**Counsel to the UCC**
Attn: Patrick Kelley
Patrick Kelley, PLLC
112 E. Line Street, Suite 203
Tyler, Texas 75702
E-mail: pat@patkelleylaw.com

**The Office of the United States Trustee for the Eastern District of Texas**
Attn: John Vardeman, Trial Attorney
110 N. College, Suite 300
Tyler, Texas 75702
E-mail: John.M.Vardeman@usdoj.gov

 

        */s/ Mark C. Taylor*
        Eric J. Taube/Mark C. Taylor

**SERVICE LIST - ECF PARTIES ONLY**

**Debtor's Counsel**
William Steven Bryant
Emily Mott
Locke Lord LLP
600 Travis Street, #2800
Houston, TX 77002-2914

Bradley Clay Knapp
Locke Lord, LLP
2200 Ross Avenue, # 2200
Dallas, TX 75201-6776

C. Davin Boldissar
Locke Lord
601 Poydras Street, Suite 2660
New Orleans, LA 70130

Jason R. Searcy
P.O. Box 3929
Longview, TX 75606-3929

Joshua P. Searcy
Searcy & Searcy, P.C.
P.O. Box 3929
Longview, TX 75606-3929

**U.S. Trustee**
Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave., #300
Tyler, TX 75702-7231

John M. Vardeman
Office of the U.S. Trustee
110 N. College Ave., #300
Tyler, TX 75702-7231

**Parties Requesting Service**
Daniel Bleck
Mintz, Levin
One Financial Center
Boston, MA 02111-2657

Rudy J. Cerone
McGlinchey Stafford
601 Poydras Street, 12th Fl.
New Orleans, LA 70130

Scott R. Cheatham
Adams and Reese, LLP
701 Poydras Street, # 4500
New Orleans, LA 70139

John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Thomas Fortenberry
P.O. Box 2254
Manchaca, TX 78652

Ronald J. Friedman
Silverman Acompora, LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2702

Steven T. Holmes
McGlinchey Stafford
2711 N. Haskell Ave.
LB 38, #2750
Dallas, TX 75204-2911

Patrick Kelley
Ireland, Carroll, & Kelley
6101 South Broadway
Suite 500
Tyler, TX 75703-4408

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, TX 77706

Mark A. Mintz
Jones Walker, LLP
201 St. Charles Avenue, 49th Fl.
New Orleans, LA 70170

Adrienne K. Walker
Mintz Levin Cohn Ferris Glovsky
One Financial Center
Boston, MA 02111-2657

H. Kent Aguillard
141 S. 6th St.
P.O. Drawer 391
Eunice, LA 70535

Timothy Alvin Davidson, II
Andrews Kurth
600 Travis
Suite 4200
Houston, TX 77002

Nathaniel Peter Holzer
Shelby Jordan
Antonio Ortiz
Jordan, Hyden, Womble, Culbreth & Holzer, PC
500 N. Shoreline Blvd. Suite 900
Corpus Christi, TX 78401

Debra L. Innocenti
Innocenti Jones PLLC
110 E Houston St
San Antonio, TX 78205

Christopher D. Leavins

Angela N. Offerman
Michael Ridulfo
Kane Russell Coleman Logan
Galleria Tower II
5051 Westheimer Road, 10th Floor
Houston, Texas 77056

Sidney H. Scheinberg
Godwin Bowman & Martinez
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270

"J" Jackson Shrum
Austria Shrum LLC
One Commerce Center
1201 N. Orange Street, Suite 502,
Wilmington, DE 19801

David Allan Wender
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424

Maryann Zaki
Eversheds Sutherland
1001 Fannin St #3700
Houston, TX 77002

Jason S. Brookner
Amber M. Carson
Gray Reed & McGraw LLP
1601 Elm St., Ste. 4600
Dallas, TX 75206

Abigail Ryan
Assistant Attorney General
Bankruptcy Division
P.O. Box 12548-MC008
Austin, TX 78711-2548

Jason M. Katz
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Pkwy. #700
Addison, TX 75001

**SERVICE LIST - ECF PARTIES ONLY**

Eric M. English
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002

Robert P. Franke
Andrew G. Edson
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Paul Rosenblatt, Esq.
Kilpatrick Townsend & Stockton
1100 Peachtree Street NE, Ste 2800
Atlanta, GA, 30309-4528

Jay W, Hurst
Assistant Attorney General
Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin. Texas 78711-2548

Mark David Sherrill
Eversheds Sutherland (US> LLP
1001 Fannin St., Ste. 3700
Houston, Texas 77002

William S. Sugden
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Britton L. Larison
McGlinchey Stafford, PLLC
6688 N. Central Expwy, Ste 400
Dallas, Texas 75206

Mathilda S. McGee-Tubb
Mintz, Levin, Cohn, et al.
One Financial Center
Boston, Massachusetts 02111

John P. Lewis, Jr.
1412 Main Street, Suite 210
Dallas, Texas 75205

Melanie Gray
Winston & Strawn, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

Richard A. Graham
Rashida J. Adams
White & Case LLP
1221 Avenue of the Americas
New York, NY 10036-2757