# Post-Confirmation Service List—As of November 15, 2019

*In re Texas Pellets, Inc., et al.*, Case No. 90126 (jointly administered)

## LIQUIDATING TRUSTEE

Liquidating Trustee Allison Byman
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581

## COUNSEL TO THE LIQUIDATING TRUSTEE

Catherine Lasky
Lasky Murphy
715 Girod Street, Suite 250
New Orleans, LA 70130

Jason Burge
Fishman Haygood
201 St. Charles Avenue
Suite 4600
New Orleans, LA 70170-4600

## REORGANIZED DEBTORS

c/o C. Davin Boldissar
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036

Joshua P. Searcy, Esq.
Searcy & Searcy, P.C.
446 Forest Square
Longview, Texas 75605

## BOND TRUSTEE

UMB Bank, National Association, as Trustee,
c/o, Daniel S. Bleck
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.,
One Financial Center
Boston, Massachusetts 02111

## OFFICE OF THE UNITED STATES TRUSTEE

Office of the United States Trustee
c/o John Vardeman
110 N. College, Suite 300
Tyler, Texas 75702

## OTHER PARTIES

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706
**Counsel for Port of Port Arthur Navigation District of Jefferson County, Texas**

Eric J. Taube
Mark C. Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
**Counsel for North American Procurement Company**

Patrick Kelley
Patrick Kelley, PLLC
112 East Line Street, Suite 203
Tyler, Texas 75702

Kenric D. Kattner
Haynes and Boone, LLP
1221 McKinney Street
Suite 2100
Houston, TX 77010
**Counsel for RPA Advisors, LLC**

Jarom J. Yates
Haynes and Boone, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
**Counsel for RPA Advisors, LLC**

EXHIBIT A